UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BONNIE FEDERMAN, o/b/o ERIC FEDERMAN, REBECCA FEDERMAN, and SHIRA FEDERMAN, minor children,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY<br><br>　　　　Defendant. | CASE NO. 07-CV-420 (PGS) |

## NOTICE OF MOTION FOR APPROVAL OF MINOR'S COMPROMISE.

PLEASE TAKE NOTICE that Plaintiffs, by and through their attorneys, will move this Court in Newark, New Jersey, as soon as the Court will permit counsel to be heard, for an Order approving the unopposed Minor's Compromise and distribution of the settlement, and dismissal of this action with prejudice. Plaintiffs incorporate by reference as though they were more fully set forth herein at length Plaintiff's Memorandum of Law in Support of this Motion, Declaration of William Federman, Esquire and Declaration of Bonnie Federman which are being filed contemporaneously with this Notice of Motion.

Dated: December 4, 2008　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRODSKY & SMITH, LLC
　　　　　　　　　　　　　　　　　　　　By:*Evan J. Smith, Esquire*
　　　　　　　　　　　　　　　　　　　　Evan J. Smith, Esquire
　　　　　　　　　　　　　　　　　　　　1040 E Kings Hwy. North, Suite 601
　　　　　　　　　　　　　　　　　　　　Cherry Hill, NJ  08034
　　　　　　　　　　　　　　　　　　　　Tel: (856) 795-7250;Fax: (856) 795-1799
　　　　　　　　　　　　　　　　　　　　esmith@brodsky-smith.com

　　　　　　　　　　　　　　　　　　　　William B. Federman, Admitted PHV
　　　　　　　　　　　　　　　　　　　　FEDERMAN & SHERWOOD
　　　　　　　　　　　　　　　　　　　　10205 N. Pennsylvania Avenue
　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK  73102
　　　　　　　　　　　　　　　　　　　　Tel: (405) 235-1560/Fax: (405) 239-2112
　　　　　　　　　　　　　　　　　　　　wfederman@aol.com