UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BONNIE FEDERMAN, o/b/o ERIC FEDERMAN, REBECCA FEDERMAN, and SHIRA FEDERMAN, minor children, <br><br> Plaintiffs, <br><br> vs. <br><br> ELI LILLY AND COMPANY <br><br> Defendant. | ) ) ) ) ) ) ) ) CASE NO. 07-CV-420 (PGS) ) ) ) ) |

### [PROPOSED] ORDER APPROVING MINOR'S COMPROMISE

This matter having been brought to the Court by Plaintiff's motion to approve a minor's compromise, and there being no opposition, and good cause shown;

It is hereby Ordered and Decreed that:

1. The Settlement between the parties in the amount of $60,000.00 is fair and reasonable and is therefore approved.

2. Defendant shall pay the aggregate sum of Sixty Thousand Dollars ($60,000.00) to the Plaintiff, Bonnie Federman, in trust on behalf of the minor children. Attorneys' fees in the amount of $5,000 and expenses in the amount of $4,021.48 are approved and shall be deducted from the settlement prior to distribution. The remaining settlement monies shall be placed into an interest bearing trust account or equivalent certificate of deposit on behalf of the minor children until they reach the age of majority.

3. The Case is hereby dismissed with prejudice with each party to bear their own costs and attorneys fees not otherwise stated above.

IT IS SO ORDERED.

Dated:_____       _____
                                  UNITED STATES DISTRICT COURT